

**NUMBER 13-99-00548-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**ROCK HARD, INC. F/K/A SIMPSON-MANN, INC.,**     **Appellant,**

**v.**

**WENONAH SOCKWELL, INDEPENDENT EXECUTRIX**
**OF THE ESTATE OF L. JOE SOCKWELL, DECEASED,**     **Appellee.**

---

**On appeal from the County Court at Law No. 2**
**of Nueces County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Yañez, Rodriguez, and Benavides**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on September 30, 1999, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. Since the abatement there has been no activity in this appeal. On April 16,

2009, the Court ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

The parties responded to the order by informing the Court that the case should be reinstated and dismissed for want of prosecution. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 21st day of May, 2009.